

# Fourth Court of Appeals
## San Antonio, Texas

September 2, 2014

No. 04-14-00575-CV

**ESTATE OF DELFINA E. ALEXANDER**, Deceased,

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2008-PB7-000016-L2
Honorable Jesus Garza, Judge Presiding

# O R D E R

The Appellant's Motion to Abate Appeal Pending Determination of Jurisdiction is MOOT.

Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of September, 2014.

Keith E. Hottle
Clerk of Court